FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

OCT 0 7 2014

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CRIMINAL NO. 14-3431 RB |
| vs. | ) Count 1: 21 U.S.C. §§ 841(a)(1) and<br>) (b)(1)(B): Possession With Intent to Distribute<br>) 50 Grams and More of a Mixture and<br>) Substance Containing Methamphetamine;<br>) 18 U.S.C. § 2: Aiding and Abetting; |
| **ALBERT JOHNNY MONDRAGON**, | |
| Defendant. | ) Count 2: 18 U.S.C. §§ 922(g)(1) and<br>) 924(a)(2): Felon in Possession of a Firearm<br>) and Ammunition. |

INDICTMENT

The Grand Jury charges:

Count 1

On or about March 7, 2014, in Lea County, in the District of New Mexico, the defendant, **ALBERT JOHNNY MONDRAGON**, unlawfully, knowingly and intentionally possessed with intent to distribute a controlled substance, 50 grams and more of a mixture and substance containing a detectable amount of methamphetamine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B), and 18 U.S.C. § 2.

Count 2

On or about March 7, 2014, in Lea County, in the District of New Mexico, the defendant, **ALBERT JOHNNY MONDRAGON**, having been convicted of the following felony crime punishable by imprisonment for a term exceeding one year: possession with intent to distribute 5 grams and more of methamphetamine, knowingly possessed, in and affecting commerce, a firearm and ammunition:

(1) DPMS, model Panther LR-308, .308 caliber rifle, serial number 137978; and

(2) approximately 18 rounds of Winchester .308 caliber ammunition.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney