# UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
## SENTENCING MINUTE SHEET

| | | | |
|---|---|---|---|
| CR No. | **14-3431 RB** | USA vs. | **MONDRAGON** |
| Date: | **05/29/2015** | Name of Deft: | **ALBERT JOHNNY MONDRAGON** |
| Before the Honorable | | **J. THOMAS MARTEN, UNITED STATES DISTRICT JUDGE** | |

| | | | |
|---|---|---|---|
| Time In/Out: | **9:52 AM – 10:12 AM** | Total Time in Court (for JS10): | **20 MINUTES** |
| Clerk: | **JOANN O. STANDRIDGE** | Court Reporter: | **LCR ANIMAS** |
| AUSA: | **AARON JORDAN** | Defendant's Counsel: | **SANTIAGO HERNANDEZ** |
| Sentencing in: | **LAS CRUCES, NM** | Interpreter: | **N/A** |
| Probation Officer: | **AMY KORD** | Sworn? Yes / No | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Convicted on: | **X** | Plea | | Verdict | As to: | Information / **X** Indictment |
| If Plea: | **X** | Accepted | | Not Accepted | Adjudged/Found Guilty on Counts: | **1** |
| If Plea Agreement: | **X** | Accepted | | Not Accepted | No Plea Agreement | Comments: |
| Date of Plea/Verdict: | **01/14/2015** | | | | PSR: **X** Not Disputed / Disputed | |
| PSR: | **X*** | Court Adopts PSR Findings | | | Evidentiary Hearing: **X** Not Needed / Needed | |
| Exceptions to PSR: | ***CORRECTION TO PAGE 2: Defendant received his High School diploma in 1994.** | | | | | |

## SENTENCE IMPOSED
Imprisonment (BOP): **84 MONTHS**

| | | | |
|---|---|---|---|
| Supervised Release: | **4 YEARS** | Probation: | 500-Hour Drug Program |
| | Court recommends ICE begin removal proceedings immediately or during service of sentence | **X** | ICE not applicable |

### SPECIAL CONDITIONS OF SUPERVISION

| | | | |
|---|---|---|---|
| | No re-entry without legal authorization | | Home confinement for _____ months _____ days |
| | Comply with ICE laws and regulations | | Community service for _____ months _____ days |
| **X** | Part in/success complete subst abuse program/testing | | Reside halfway house _____ months _____ days |
| **X** | Part in/success complete mental health program | | Register as sex offender |
| **X** | Refrain from use/possession of alcohol/intoxicants | | Participate in sex offender treatment program |
| **X** | Submit to search of person/property | | Possess no sexual material |
| | No contact with co-defendant and co-conspirators | | No computer with access to online services |
| | No entering, or loitering near, victim's residence | | No contact with children under 18 years |
| | Provide financial information | | No volunteering where children supervised |
| | Grant limited waiver of confidentiality | | Restricted from occupation with access to children |
| **X** | Participate in an educational or vocational program | | No loitering within 100 feet of school yards |
| **X** | OTHER: **Defendant must not possess a firearm, ammunition, destructive devices, or any other dangerous weapon. Defendant must cooperate in the collection of DNA. Defendant must cooperate with child support enforcement authorities and/or pay child support.** | | |

| | | | |
|---|---|---|---|
| Fine: | $ | Restitution: | $ |
| SPA: | $ **100.00** | Payment Schedule: | **X** Due Imm. / Waived |
| OTHER: | | | |

| | | | |
|---|---|---|---|
| | Advised of Right to Appeal | **X** | Waived Appeal Rights per Plea Agreement |
| **X** | Held in Custody | | Voluntary Surrender |
| | Recommended place(s) of incarceration: | | |
| **X** | Dismissed Counts: | AUSA: ORAL MOTION TO DISMISS COUNT 2  ATTY HERNANDEZ: NO OBJECTION  **COURT: GRANTS ORAL MOTION TO DISMISS COUNT 2 OF INDICTMENT** | |
| | OTHER COMMENTS | | |