# UNITED STATES DISTRICT COURT
## District of New Mexico

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>Albert Johnny Mondragon<br>*Defendant* | Case No. 1084 5:14CR03431- 001RB |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☒ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of Court

| Place: U.S. District Court<br>100 N. Church<br>Las Cruces, NM 88001 | Courtroom No.: Organ Courtroom (VIA ZOOM)<br>before the Honorable Carmen E. Garza, USMJ |
|---|---|
| | Date and Time: March 30, 2021 at 9:00 am |

This offense is briefly described as follows:
The defendant consumed and tested positive for methamphetamine.

Date: 3/16/2021

*Issuing officer's signature*

MITCHELL R. ELFERS, CLERK OF COURT
*Printed name and title*

---

I declare under penalty of perjury that I have:

☐ Executed and returned this summons

☐ Returned this summons unexecuted

Date: _____

*Server's signature*

*Printed name and title*