IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

           **Plaintiff,**

  **vs.**                                                        Case No. CR 14-3431 RB
**ALBERT JOHNNY MONDRAGON,**

           **Defendant.**

## O R D E R

**THIS MATTER** having come before the Court on March 30, 2021, for a Show Cause/Detention hearing on the Supervised Release Violation, and the Court having heard from all parties;

Now, Therefore;

**IT IS HEREBY ORDERED** that defendant shall remain on the same conditions of release pending further hearings before a District Judge.

_____
CARMEN E. GARZA
CHIEF U.S. MAGISTRATE JUDGE